11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Marlon Mathews

Appellant

Vs.                   No. 11-01-00253-CR B Appeal from Mitchell County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
withdraw his notice of appeal.  The
motion is signed by both  appellant and
his attorney.  TEX.R.APP.P. 42.2.  The motion is granted, and the appeal is
dismissed.

 

 PER CURIAM

 

October 31, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.